IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| VICTOR ADOLFO CABRERA MARTINEZ,<br><br>Plaintiff,<br><br>-v-<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, and WELLS FARGO BANK, N.A.,<br><br>Defendants. | Civil Case Number:<br>5:24-cv-00905-KK-SHK<br><br><br>DISMISSAL ORDER |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' May 30, 2025, Stipulation of Dismissal, all claims asserted against all Defendants in Civil Action No. **5:24-cv-00905-KK-SHK**, are dismissed with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS 2nd day of June 2025.**

_____
HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE